

**UFISINAN I MAGA'HÅGA**
OFFICE OF THE GOVERNOR

LOURDES A. LEON GUERRERO
MAGA'HÅGA · GOVERNOR

JOSHUA F. TENORIO
SIGUNDO MAGA'LÅHI · LIEUTENANT GOVERNOR

**Via Hand Delivery**
*and* **E-mail:** speaker@guamlegislature.org

April 10, 2020

**HONORABLE TINA ROSE MUÑA BARNES**
Speaker
*I Mina'trentai Singko Na Liheslaturan Guåhan*
35th Guam Legislature
Guam Congress Building
163 Chalan Santo Papa
Hagåtña, Guam 96910

**Re:** Executive Order No. 2020-10

Dear Madame Speaker:

Pursuant to Public Law 34-16, transmitted herewith is the following Executive Order:

> **EXECUTIVE ORDER NO. 2020-10:**
> RELATIVE TO THE RESERVATION OF ROAD ACCESS FOR ESSENTIAL BUSINESS AND ACTIVITIES IN A PUBLIC HEALTH EMERGENCY

If you have any questions, please contact my office at # 475-9475/76.

*Senseramente,*

**HAIG T. HUYNH**
*Legal Counsel*

Enclosure(s): Executive Order No. 2020-10

cc via email:  *Maga'hågan Guåhan*
 *Sigundo Maga'låhen Guåhan*
 F. Philip Carbullido, Chief Justice of Guam
 Compiler of Law
 Central Files
 Cabinet Members



**ISLAND OF GUAM**
OFFICE OF THE GOVERNOR
HAGÅTÑA, GUAM 96932
U.S.A.

## EXECUTIVE ORDER NO. 2020-10

## RELATIVE TO THE RESERVATON OF ROAD ACCESS FOR ESSENTIAL BUSINESS AND ACTIVITIES IN A PUBLIC HEALTH EMERGENCY

**WHEREAS**, as a result of the COVID-19 pandemic, on March 14, 2020, I declared there to be an emergency in existence within the island of Guam pursuant to my authority under the Organic Act of Guam and Chapter 19, Title 10 of the Guam Code Annotated; and

**WHEREAS**, shortly after the emergency was declared, the island received its first diagnosis of COVID-19 and on March 22, 2020, the island suffered its first fatality as a result of the virus; and

**WHEREAS**, over the course of the last several weeks, our community has taken steps to reduce physical interactions among groups of people because we know that, absent a vaccine, social distancing is our best defense against further transmission; and

**WHEREAS**, on April 5, I extended the public health emergency for an additional thirty (30) days; and

**WHEREAS**, unfortunately, despite the steps taken thus far, the number of confirmed COVID-19 cases on Guam continues to increase; and

**WHEREAS**, as of today, there have been one hundred twenty-eight (128) confirmed cases of COVID-19 in Guam.

**NOW, THEREFORE, I, LOURDES A. LEON GUERRERO**, *I Maga'hågan Guåhan*, Governor of Guam, by virtue of the authority vested in me by the Organic Act of Guam, as amended, do hereby order:

1. **COVID-19 RESPONSE EFFORTS ROAD CLOSURES.** Pursuant to Section 19502, Article 5, Chapter 19, Title 10 of the Guam Code Annotated, the Public Health Authority shall execute a Road Closure Traffic Flow plan to ensure that certain designated public roadways are reserved for access only by those individuals who are participating in the essential functions and activities authorized since Executive Order No. 2020-04 through this Order and as further elaborated by public health guidance memoranda. The Adjutant General is authorized to issue active duty orders for the mobilization of such National Guard personnel and equipment to support the Road Closure Traffic Flow plan.

//

Case 1:20-cv-00017   Document 5-1   Filed 04/22/20   Page 2 of 3



## Island of Guam
### Office of the Governor
### Hagåtña, Guam 96932
### U.S.A.

2. **EXTENSION OF ALL PROVISIONS OF EXECUTIVE ORDERS 2020-03 THROUGH THIS ORDER.** The Government of Guam will continue its operations in a limited capacity through May 5, 2020. While some agencies are completely closed, several agencies remain operational but with limited public access. Other agencies remain fully operational, including public access. All members of the public needing government services are asked to contact agencies and departments by email or phone. Regardless of operational status of an agency/department, all government of Guam employees remain on regular work status and are expected to report for duty within two (2) hours from receiving notice from his/her supervisor to report to work. Similarly, all other provisions outlined in Executive Orders 2020-03 through this order shall also extend through May 5, 2020.

**SIGNED AND PROMULGATED** at Hagåtña, Guam, this **10th** day of **April 2020**.

**LOURDES A. LEON GUERRERO**
*Maga'hågan Guåhan*
Governor of Guam

Attested by:



**JOSHUA F. TENORIO**
*Sigundo Maga'låhen Guåhan*
Lieutenant Governor of Guam