IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| JOAQUIN V. LEON GUERRERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CV20-00017 |
| LOURDES LEON GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |

I, Joaquin V. Leon Guerrero, hereby declare as follows:

1. I am the Plaintiff in this action and make this declaration based on my own personal knowledge except where otherwise may be noted. I am over the age of eighteen and am competent to testify if called upon to do so.

2. On April 18, 2020, I drove through four checkpoints complained of in this action: Asan Checkpoint (going northbound), East Agana Checkpoint (going northbound), East Agana Checkpoint (going southbound), and Asan Checkpoint (going southbound).

3. At each checkpoint, I was stopped by an Army guardsman who told me the road was closed and only essential traffic was permitted through as per Executive Order 2020-10. The guardsman then asked me where I was going to. I responded at each checkpoint that I was driving around for peace of mind.

4. At all four checkpoints, I was told that my travel was not considered essential. It was recommended that I return home, but I was also told to proceed through the checkpoint which I did and drove well out of sight of each checkpoint. I never told the guardsmen that I intended to return home.

5. I go grocery shopping approximately once a week. I go to the K-Mart pharmacy once or twice a month for my wife and myself. I do not purchase quantities of groceries and medicine for periods longer than this due to expense and storage issues. I have poor night vision that has resulted in at least once motor vehicle accident. That accident occurred as the result of driving to the bank early (between 6:00 a.m. and 6:30 a.m.) in order to avoid lines long lines which have recently developed at my bank. I also do not like

leaving my house before 9:00 a.m. as I have problems with both my knees and the resulting pain makes it difficult to drive my standard transmission vehicle before my pain medication takes effect. I have to take my pain medication with food, and it can take up to two hours for the pain medication to take effect.

6. In order to travel to purchase my groceries and prescriptions for my wife and myself, I have to travel through three checkpoints: Asan, East Agana, and Maite. The pharmacy opens at 9:00 a.m. Grocery stores are open from 6:00 a.m. to 10:00 p.m. As I have explained, leaving the house in the before 9:00 a.m. is a problem for me, and I do not want to chance driving at dusk and nighttime.

7. Through a combination of my personal experience and/or media coverage, I know that the checkpoints become operational at 10:00 a.m. They remain operational until 4:00 p.m. when they shut down for two hours. At 6:00 p.m. they resume and end sometime after dark.

8. Because of my poor night vision and knee problems, I do not want to leave my house before 9:00 a.m. While this allows me to miss the checkpoints on the way to shopping, it does not permit me to miss them on the return trip unless I am willing to wait until 4:00 p.m. to return home, something I do not want to do nor do I believe I should be required to do. Leaving to shop after dark when the checkpoints close is not viable because of my poor night vision.

9. I could take a route that would permit me to avoid the checkpoints. However, this alternate route would add significant time to my travel (at least forty (40 minutes each way). The alternate route also increases the cost of travel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22th day of April 2020.

                                              /s/ Joaquin V. Leon Guerrero_____
                                              Joaquin V. Leon Guerrero