IN THE DISTRICT COURT OF GUAM

JOAQUIN V. LEON GUERRERO, )
                           )
         Plaintiff,        )
                           )
vs.                        )
                           )    CV20-00017
LOURDES LEON GUERRERO,     )
                           )
         Defendant.        )

I, William Gavras, hereby declare as follows:

1. I am a resident of Guam and make this declaration based on my own personal knowledge except where otherwise may be noted. I am over the age of eighteen and am competent to testify if called upon to do so.

**Incident 1.**

2. On April 17, 2020, I drove through the East Agana checkpoint going north.

3. There, I was stopped by an Army guardsman who asked my destination. I responded that I was going to a "yoga class." After giving me a flyer on covid-19, he told me to proceed through the checkpoint and drive on.

**Incident 2.**

4. On April 18, 2020, I drove through the East Agana checkpoint going south.

5. There, I was stopped by an Army guardsman who said that pursuant to an order by the Governor only essential travel was permitted. He then asked my destination. I told him, "a party." He responded, "I don't think . . . drive through."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of April 2020.           /s/ William Gavras